**DUSTIN R. SZAKALSKI, CA Bar No. 280726**
DSzakalski@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
**655 N. Central Avenue, Suite 2300**
**Glendale, California 91203-1445**
**Telephone: (626) 795-9900**
**Facsimile: (626) 577-8800**

Attorneys for Plaintiff/Counter-Defendant
COPLUS, INC.

655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445
LEWIS ROCA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPLUS INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD., a China Limited Company,<br><br>Defendant. | Case No. 2:20-cv-11606-AB (AFMx)<br><br>**PLAINTIFF/COUNTER-DEFENDANT COPLUS, INC.'S ANSWER TO COUNTERCLAIMS**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff/Counter-Defendant Coplus, Inc. ("Plaintiff") answers the Counterclaims of Defendant/Counterclaimant Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd. ("Defendant") as follows:

1. Plaintiff admits the allegations of paragraph 1.

2. Plaintiff admits the allegations of paragraph 2.

3. Plaintiff admits the allegations of paragraph 3.

4. Plaintiff admits the Court has subject-matter jurisdiction and denies the remainder of the allegations of paragraph 4.

5. Plaintiff admits that Defendant attempts to bring an action under the principal of pendent jurisdiction and denies the remainder of the allegations and/or

LEWIS ROCA
655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

legal conclusions contained in paragraph 5.

6. Plaintiff admits the allegations and/or legal conclusions contained in paragraph 6.

7. Plaintiff admits the allegations and/or legal conclusions contained in paragraph 7.

8. Plaintiff admits the allegations of paragraph 8.

9. Plaintiff admits Defendant sells a car headlight for a Subaru vehicle via retailers in the United States, and Plaintiff lacks sufficient information to admit or deny the remainder of the allegations in paragraph 9.

10. Plaintiff lacks sufficient information to admit or deny the allegations of paragraph 10.

11. Plaintiff denies the allegations of paragraph 11.

12. Plaintiff admits Defendant's counsel sent Plaintiff's counsel a letter on September 22, 2020, and denies the remainder of the allegations of paragraph 12.

13. Plaintiff admits Defendant is listed as the owner of U.S. Design Patent No. 909,640, but lacks sufficient information to admit or deny the remainder of the allegations of paragraph 13.

14. Plaintiff denies the allegations and/or legal conclusions contained in paragraph 14.

15. Plaintiff repeats and reiterates each and every one of the foregoing answers in response to the allegations made in paragraphs 1 to 14 of Defendant's Counterclaims as though fully set forth herein.

16. Plaintiff denies the allegations and/or legal conclusions contained in paragraph 16.

17. Plaintiff denies the allegations and/or legal conclusions contained in paragraph 17.

18. Plaintiff denies the allegations of paragraph 18.

19. Plaintiff denies the allegations and/or legal conclusions contained in paragraph 19.

20. Plaintiff denies the allegations and/or legal conclusions contained in paragraph 20.

21. Plaintiff lacks sufficient information to admit or deny the allegations of paragraph 21.

22. Plaintiff denies the allegations and/or legal conclusions contained in paragraph 22.

23. Plaintiff admits that Defendant attempts to seek a declaration that the claims of the '791 patent are not infringed.

24. Plaintiff repeats and reiterates each and every one of the foregoing answers in response to the allegations made in paragraphs 1 to 23 of Defendant's Counterclaims as though fully set forth herein.

25. Plaintiff denies the allegations and/or legal conclusions contained in paragraph 25.

26. Plaintiff denies the allegations and/or legal conclusions contained in paragraph 26.

27. Plaintiff denies the allegations and/or legal conclusions contained in paragraph 27.

## PLAINTIFF'S PRAYER FOR RELIEF

Plaintiff prays for the following relief:

A. That Defendant's counterclaims be dismissed with prejudice;

B. That Plaintiff be awarded all of its attorneys' fees, costs and expenses incurred in this action; and

C. For such other relief as the Court deems just and proper.

LEWIS ROCA
655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

Dated: February 17, 2023

Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By /Dustin R. Szakalski/

Dustin R. Szakalski, Cal. Bar No. 280726
LEWIS ROCA ROTHGERBER CHRISTIE LLP
655 North Central Avenue, Suite 2300
Glendale, CA 91203-1445
Phone: (626)795-9900
Facsimile: (626)577-8800
*dszakalski@lewisroca.com*
*gkim@lewisroca.com*
Attorneys for Plaintiff/Counter-Defendant
COPLUS, INC.

LEWIS ROCA
655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445
LEWIS ROCA

## DEMAND FOR JURY TRIAL

Plaintiff/Counter-Defendant hereby demands a trial by jury on all issues so triable pursuant to Federal Rule of Civil Procedure 38.

Dated: February 17, 2023

Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By /Dustin R. Szakalski/
Dustin R. Szakalski, Cal. Bar No. 280726
LEWIS ROCA ROTHGERBER CHRISTIE LLP
655 North Central Avenue, Suite 2300
Glendale, CA 91203-1445
Phone: (626)795-9900
Facsimile: (626)577-8800
*dszakalski@lewisroca.com*
*gkim@lewisroca.com*
Attorneys for Plaintiff/Counter-Defendant
COPLUS, INC.